

LAW OFFICE OF
**DONALD J. WEISS**
830 LONG ISLAND AVENUE
DEER PARK, NEW YORK 11729
212-967-4440
DJWLAW@MINDSPRING.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  4/17/2020
```

**VIA ECF**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Centre Street, Room 443
New York, NY 10007

Re:   Yancey v. Pomodoro Restaurant and Pizzeria Inc. et al
      1:19-cv-10745-VEC

Dear Judge Caproni:

An initial conference is scheduled in this matter for April 24, 2020. In light of current conditions and as the public accommodation is currently closed (so that the ADA claim could not currently proceed, in any event), I respectfully request an adjournment of at least 60 days.

There have been no prior requests for adjournment. I contacted my adversary on April 2nd requesting consent and received no reply. I propose reschedule dates of June 24, 25 or 26.

Thank you for your time and attention herein.

Very truly yours,

*Donald J. Weiss*

Donald J. Weiss

Application GRANTED. The IPTC is adjourned to **June 26, 2020, at 10:00 a.m.** The parties' joint preconference letter and proposed Case Management Plan are due no later than **June 18, 2020**.

SO ORDERED.

*[signature]* 4/17/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE